PENALTY SLIP

DEFENDANT:  **DANIEL HERNANDEZ**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

TOTAL NO. COUNTS:  7

**Same Penalty applies to Counts 1, 3, 4, 8, and 9.**

VIO:  **21 U.S.C. § 846, 841(a)(1), (b)(1)(A)(vi) and (viii) - Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine and 400 Grams or more of Fentanyl (Count 1)**

VIO:  **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2 - Distribution of 50 Grams or More of Actual Methamphetamine (Counts 3 and 4)**

VIO:  **21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2 - Possession with the Intent to Distribute 400 Grams or more of Fentanyl (Count 8)**

VIO:  **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2 - Possession with the Intent to Distribute 50 Grams or More of Actual Methamphetamine (Count 9)**

PENALTY:  **CAG not less than 10 years nor more than life;
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A**

VIO:  **21 U.S.C. § 841(a)(1),(b)(1)(B)(vi) and 18 U.S.C. § 2 - Distribution of 40 Grams or more of Fentanyl (Count 2)**

PENALTY: **CAG not less than 5 years nor more than life;
and/or $5,000,000 fine;
not less than 4 years nor more than life supervised release; a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A**

VIO:  **21 U.S.C. § 841(a)(1),(b)(1)(C) and 18 U.S.C. § 2 - Distribution of Fentanyl (Count 7)**

PENALTY: **CAG not more than 20 years;**
**and/or $1,000,000 fine;**
**not less than 4 years nor more than life supervised release; a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A**

**Notice of Criminal Forfeiture Allegations:  21 U.S.C. § 853**

CASE NO. 4:20-CR-6016-SMJ-1

AUSA INITIAL    SAV